Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALBERT H. HILLMAN, Appellant, v. PICTORIAL REVIEW COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J.; Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of THOMAS W. KENNEDY, Deceased.— Decree and supplemental decree so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERNARD BERGMANN, Appellant, v. S. CHARLES HIRSCHBERG, Respondent.— Judgment reversed, with costs, and judgment ordered in favor of plaintiff, with costs, upon the ground that the decision is against the weight of the evidence. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Finch, J., dissents.

FRANK SPARLING, Respondent, v. LOUIS B. WADE and Others, Copartners, etc., Appellants.— Judgment modified by providing that upon payment of the amount of the judgment, and as a condition for the payment of the same, plaintiff shall indorse and deliver the scrip to defendant, and as so modified the judgment and order appealed from affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents and votes for reversal.

DIANA MAJORIN, by FRANK MAJORIN, Her Guardian ad Litem, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that the evidence does not show any actionable negligence on the part of defendant. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK MAJORIN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that the evidence does not show any actionable negligence on the part of defendant. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK, Respondent, v. UNITED STATES WOOD PRESERVING COMPANY, Defendant, Impleaded with GLOBE INDEMNITY COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of EUGENE J. FLOOD, Deceased.— Decree affirmed, with costs to all parties separately appearing and filing separate briefs herein payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DANIEL J. MONTAGUE, as Administrator, etc., of MARY MONTAGUE, Deceased, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that there is a lack of causal connection between the fact of the injury and the subsequent meningitis. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Finch and Martin, JJ., dissent and vote for affirmance.

G. S. ALEXANDER & Co., INC., Respondent, v. ERIE COAL AND COKE CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J.; Dowling, Finch, McAvoy and Martin, JJ.